# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL NO.** |
| | : | |
| **v.** | : | |
| | : | **VIOLATIONS:** |
| **RIVES MILLER GROGAN,** | : | 18 U.S.C. § 1507 |
| | : | (Picketing or Parading) |
| Defendant. | : | 40 U.S.C. § 6134 |
| | : | (Speeches and Objectionable Language in |
| | : | the Supreme Court Building and |
| | : | Grounds) |

## I N F O R M A T I O N

The United States Attorney charges that:

### COUNT ONE

On or about April 28, 2015, in the District of Columbia, the defendant **RIVES MILLER GROGAN**, with the intent of interfering with, obstructing, or impeding the administration of justice, or with the intent of influencing any judge, juror, witness, or court officer in the discharge of their duties, did demonstrate in or near a building housing a court of the United States.

(**Picketing or Parading**, in violation of Title 18, United States Code, Section 1507)

## COUNT TWO

On or about April 28, 2015, in the District of Columbia, the defendant **RIVES MILLER GROGAN**, did unlawfully make a harangue or oration, or utter loud, threatening, or abusive language in the Supreme Court Building or grounds.

(**Speeches and Objectionable Language in the Supreme Court Building and Grounds**, in violation of Title 40, United States Code, Section 6134)

Respectfully Submitted,

VINCENT H. COHEN, JR.
Acting United States Attorney
D.C. Bar No. 471489

By: _____
ANGELA S. GEORGE
D.C. Bar No. 470567
Assistant United States Attorney
United States Attorney's Office
555 4th Street, N.W., 4th Floor
Washington, D.C. 20530
(202) 252-7758
Angela.George@usdoj.gov